

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Ken Landers and his wife, Clarlinda
Landers, Appellants

No. 06-13-00131-CV        v.

Aurora Loan Services, LLC, and Mortgage
Electronic Registration Systems, Inc., as
Nominee for Aurora Loan Services, LLC,
Appellees

Appeal from the 392nd District Court of
Henderson County, Texas (Tr. Ct. No.
2009B-1283).  Opinion delivered by Chief
Justice Morriss, Justice Carter and Justice
Moseley participating.

 

As stated in the Court's opinion of this date, we find no error in the summary judgment of the court below.  We affirm the summary judgment of the trial court.

We further order that the appellants, Ken Landers and his wife, Clarlinda Landers, pay all costs of this appeal.

RENDERED MAY 16, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk